

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00342-CV

JAMES N. RUGILA, DVM, APPELLANT

V.

MICHELLE J. RAISOR, PHD, APPELLEE

On Appeal from the 272nd District Court
Brazos County, Texas
Trial Court No. 18-000317-CV-272, Honorable Travis B. Bryan III, Presiding

April 17, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant James N. Rugila appeals from the trial court's judgment in favor of appellee Michelle J. Raisor. Rugila's brief was originally due on January 9, 2020, but we granted Rugila two extensions to file a brief. By letter of March 10, 2020, we notified Rugila that the appeal would be dismissed for want of prosecution if his brief was not received by April 8. To date, we have not received a brief, a motion to extend the deadline for filing same, or any further communication from Rugila.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

Per Curiam